## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

LAURA YOUNGREN, Individually and as Mother )
and Next of Kin to ELISABETH YOUNGREN, )
a Minor, and JONATHAN YOUNGREN, )     Case No. 22-cv-5550
                                                     )
        Plaintiffs, )     Judge:
                                                      )
        v. )     Magistrate Judge:
                                                      )
TARGET CORPORATION, d/b/a "SUPER )
TARGET", and TARGET STORES, )
                                                      )
        Defendants. )

## NOTICE OF REMOVAL

TO:

The Honorable Judges of the             Colin J. O'Malley
United States District Court               Monika B. Barrett
for the Northern District of Illinois      Chute, O'Malley, Knobloch & Turcy, LLC
Eastern Division                           218 N. Jefferson St., Suite 202
219 S. Dearborn Street                  Chicago, Illinois 60661
Chicago, IL 60604                      COMalley@ChuteLaw.com
                                             MBarrett@ChuteLaw.com

Pursuant to *28 U.S.C. § 1441, et seq.*, and *28 U.S.C. § 1332,* Defendant, **TARGET CORPORATION,** who Plaintiff alleges was doing business as "Super Target", and "Target Stores", neither of which is a legal entity, by and through one of its attorneys, Robert M. Burke of JOHNSON & BELL, LTD., hereby gives notice of the removal of the above captioned action from the Circuit Court of Cook County, Cause No. 2022 L 008058, to the United States District Court, Northern District of Illinois, Eastern Division, and in support thereof, states the following:

1.      This action is being removed to federal court based upon the diversity of citizenship of the parties to this cause, and the existence of the requisite amount in controversy, as is also more fully set forth below.

2.      On September 6, 2022, Plaintiffs, Laura Youngren, individually and as Mother and Next of Kin to Elisabeth Youngren, a minor, and Jonathan Youngren, initiated the above captioned lawsuit by the filing of a Complaint entitled *Youngren, et al. v. Target Corporation d/b/a "Super Target", and Target Stores,* Cause No. 2022 L 008058, in the Circuit Court of Cook County, Illinois. *A copy of the Complaint at Law and Affidavit attesting to the fact that the value of the case is in an amount of excess of $50,000.00 are attached hereto and labeled Group Exhibit "A" and incorporated herein by reference.*

3.      On or about September 6, 2022, Plaintiffs caused a Summons to be issued for service upon the registered agent of Target Corporation. *A copy of said Summons is attached hereto as Exhibit "B" and incorporated herein by reference.*

3.      Service was obtained on Target Corporation's registered agent on September 13, 2022.

4.      The United States District Court for the Northern District of Illinois, Eastern Division, has jurisdiction over the above captioned lawsuit pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441 for the following reasons:

   (a)    Plaintiffs, Laura Youngren, individually and as Mother of and Next of Kin to Elisabeth Youngren, a minor, Elisabeth Youngren, a minor, and Jonathan Youngren, at the time the lawsuit was commenced and at all relevant times, have been residents and citizens of the State of Illinois;

   (b)    Defendant, Target Corporation, at the time the lawsuit was commenced and at all relevant times, has been a Minnesota corporation with its principal place of business in Minnesota; therefore, for diversity of citizenship purposes, it is a citizen of the State of Minnesota;

2

(c)     According to the allegations contained in Plaintiffs' Complaint herein, the amount of damages sought in this action by Plaintiffs is an amount in excess of $50,000.00. See the prayer for damages contained in each of the ten-Counts of Plaintiffs' Complaint.     Plaintiff, Laura Youngren, individually, claims to have sustained personal and pecuniary injuries as a result of slipping and falling at a Target Store. See Counts I and II of Plaintiffs' Complaint.     Jonathan Youngren, the husband of Laura Youngren, claims that he sustained a loss of consortium due to the personal and pecuniary injuries sustained by his wife.   See Counts V-VI. Laura Youngren, as Mother and Next of Kin of Elisabeth Youngren, seeks recovery based upon her daughter, who was then *in utero,* having sustained injuries when Plaintiff slipped and fell causing "her to be born with numerous birth and developmental defects of a personal, permanent and pecuniary nature." See Counts IX and X of Plaintiffs' Complaint. When a plaintiff seeks damages in an amount in excess of $50,000.00 and alleges significant and permanent injuries, as Plaintiffs have done here, such allegations are sufficient to support the removal of the case.  *Calvert McCoy v. General Motors Corp.*, 226 F. Supp. 2d 939 (N.D. Ill. 2002*)*; A defendant need demonstrate no more than a good faith, minimally reasonable belief that the suit might result in a judgment in excess of $75,000.00 to support the requirement that the amount in controversy has been met. *Rubel v. Pfizer, Inc.,* 276 F. Supp. 2d 904 (N.D. Ill. 2003);

(d)     Based upon the foregoing, it is Defendant's good faith belief that while liability, causation, and damages will be contested, the amount in controversy in this action, based upon Plaintiffs' Counsel's Affidavit and the allegations of permanent injuries and injuries sufficient to cause a loss of consortium, exceeds $75,000.00, exclusive of interest and costs;

(e)     This Notice of Removal is being filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, within thirty (30) days of service of the Summons and Complaint on this Defendant;

(f)     This action, based upon diversity of citizenship and the amount in controversy is, therefore, properly removable, pursuant to 28 U.S.C. § 1441(a).

5.     Defendant will promptly file a copy of this Notice of Removal with the Clerk of the Circuit Court of Cook County, Illinois.

**WHEREFORE, TARGET CORPORATION,** who Plaintiff alleges was doing business as "Super Target", and "Target Stores", respectfully requests that this case proceed before this Court as an action properly removed.

Respectfully submitted,

JOHNSON & BELL, LTD.

By:     /s/*Robert M. Burke*
        One of the Attorneys for the Defendant,
        Target Corporation

Robert M. Burke- ARDC#6187403
Michael J. Linneman- ARDC#6275375
Catherine P. Gorman- ARDC#6320695
Laura M. Nishimura- ARDC#6333135
JOHNSON & BELL, LTD.
33 W. Monroe St., Suite 2700
Chicago, Illinois 60603
(312) 372-0770
burker@jbltd.com
linnemanm@jbltd.com
gormanc@jbltd.com
nishimural@jbltd.com