## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| LAURA YOUNGREN, Individually and as Mother and Next of Kin to ELISABETH YOUNGREN, a Minor, and JONATHAN YOUNGREN, | )<br>)<br>) |
| | ) Case No. 22-cv-5550 |
| Plaintiffs, | ) |
| | ) Judge: Jorge L. Alonso |
| v. | ) |
| | ) Magistrate Judge: Beth W. Jantz |
| TARGET CORPORATION, d/b/a "SUPER TARGET", | )<br>)<br>) |
| Defendant. | ) |

### MOTION FOR SUMMARY JUDGMENT

NOW COMES Defendant, TARGET CORPORATION, by and through one of its attorneys, ROBERT M. BURKE of JOHNSON & BELL, LTD., and pursuant to Federal Rule of Civil Procedure 56(a), moves this honorable Court to enter summary judgment in its favor and against Plaintiffs as there exists no genuine dispute as to any material fact which would entitle Plaintiffs to recover from Target Corporation in this action, thus entitling Target Corporation to judgment as a matter of law. (Target Corporation's Local Rule 56.1(a) Statement of Undisputed Material Facts and Memorandum of Law in Support of Motion for Summary Judgment are being filed contemporaneously with this motion and are incorporated herein by reference.)

WHEREFORE, Defendant, TARGET CORPORATION, respectfully prays this honorable Court grant its motion for summary judgment pursuant to Federal Rule of Civil Procedure 56(a) and further prays for costs pursuant to Federal Rule of Civil Procedure 54(d)(1).

Respectfully submitted,

JOHNSON & BELL, LTD.

By:   /s/ *Robert M. Burke*

Robert M. Burke (Ill. ARDC #6187403)
Michael J. Linneman (Ill. ARDC #6275375)
Brendan T. Fallon (Ill. ARDC #6335852)
JOHNSON & BELL, LTD.
33 W. Monroe St., Suite 2700
Chicago, Illinois 60603
(312) 372-0770
burker@jbltd.com
linnemanm@jbltd.com
fallonb@jbltd.com
*Attorneys for Defendant, Target Corporation*